1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| FRIENDS OF OUTLET CREEK, | Case No. 16-cv-00431-JSW |
|---|---|
| Plaintiff, | **ORDER DIRECTING PARTIES TO SUBMIT REVISED CASE MANAGEMENT CONFERENCE STATEMENT** |
| v. | |
| GRIST CREEK AGGREGATES, LLC, | Re: Docket No. 16 |
| Defendant. | |

The Court has received and considered the parties' proposed joint case management statement. All proposed deadlines are set for a specific number of days before trial. The parties are HEREBY ORDERED to meet and confer and to submit a revised case management conference statement limited to Section 18, scheduling, by 10:00 a.m. on April 20, 2016. That revised case management conference statement must forth all deadlines using specific dates. By way of example only: The deadline to amend pleadings: June 14, 2016. In order to assist the parties in preparing their revised statement, the Court conducts pretrial conferences on Mondays at 2:00 p.m., and in general, the pretrial conference is scheduled twenty-one (21) days before the trial date. Trials commence on Mondays at 8:00 a.m. Finally, the parties shall review this Court's Guidelines for Trial and Pretrial Conference in Civil Bench Cases, which has this Court's rules, procedures, and deadlines for pretrial conference filings.

**IT IS SO ORDERED.**

Dated: April 15, 2016

JEFFREY S. WHITE
United States District Judge