UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF CALIFORNIA
CIVIL MINUTE ORDER

DATE: April 29, 2016                                         Time in Court: 17 minutes

**JUDGE: JEFFREY S. WHITE**            **Court Reporter: Raynee Mercado**

Courtroom Deputy: Jennifer Ottolini

**CASE NO. C-16-431  JSW**
**TITLE:  Friends of Outlet Creek v. Grist Creek Aggregates, LLC**

COUNSEL FOR PLAINTIFF:                COUNSEL FOR DEFENDANT:
Rachel Doughty                        Sean Hungerford


PROCEEDINGS:   Initial Case Management Conference

RESULTS:   Counsel shall confer with clients and submit a joint consent / declination for reassignment to a Magistrate Judge for All Purposes by May 6, 2016.

    Last day to add parties:              10-24-16
    Last day to amend pleadings:          1-23-17

    ADR: Court Mediation to be completed by 7-5-16 (per doc. no.: 15)

    Close of fact discovery:                              2-21-17
    Deadline to disclose / provide expert reports:        3-22-17
    Deadline to disclose / provide rebuttal expert reports:  4-21-17
    Close of expert discovery:                            6-20-17

    Hearing on dispositive motions (if any):   6-23-17 at 9:00 a.m.
        If the parties will be filing cross motions dispositive motions, they shall meet and confer and agree to a 4-brief schedule whereby the final brief is filed 2 weeks before the hearing as follows:
            Opening summary judgment motion is filed
            Opposition and cross-motion are filed
            Reply and opposition to the cross-motion are filed
            Reply is filed 2 weeks before hearing

    Pretrial Conference:   8-21-17 at 2:00 p.m**
    (all pretrial filings are due 8-7-17, including oppositions to Motions in Limine)

    Bench Trial:       9-18-17 at 8:00 a.m. (10 days)

    **Counsel are referred to Judge White's Standing order:
    *GUIDELINES FOR TRIAL AND FINAL PRETRIAL CONFERENCE IN CIVIL BENCH CASES BEFORE THE HONORABLE JEFFREY S. WHITE*