UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| FRIENDS OF OUTLET CREEK,<br><br>　　　　Plaintiff,<br><br>　v.<br><br>GRIST CREEK AGGREGATES, LLC,<br><br>　　　　Defendant. | Case No. 16-cv-00431-JSW<br><br>**ORDER TO DEFENDANT TO SHOW CAUSE WHY THE COURT SHOULD NOT STRIKE OBJECTIONS TO PLAINTIFF'S EVIDENCE**<br><br>Re: Dkt. Nos. 45-6 |

On January 26, 2018, Defendant filed its opposition to Plaintiff's motion for summary judgment. Defendant filed a separate pleading objecting to Plaintiff's evidence, which consists of seventeen pages of objections. (Dkt. No. 45-6.) Under Northern District Civil Local Rule 7-3(a), "[a]ny evidentiary and procedural objections to the motion must be contained within the brief or memorandum."

Accordingly, Defendant is HEREBY ORDERED TO SHOW CAUSE why the Court should not strike the objections for failure to comply with the Northern District Civil Local Rules. Defendant's response to this Order to Show Cause shall be due by February 2, 2018, so that the Court may address this issue before Plaintiff's reply is due. If the Court considers the objections, it will give Plaintiff leave to file separate objections to Defendant's evidence and to file a separate response to Defendant's objections.

**IT IS SO ORDERED.**

Dated: January 29, 2018

　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　JEFFREY S. WHITE
　　　　　　　　　　　　　　　　　　United States District Judge