JASON R. FLANDERS, SBN 238007
ATA LAW GROUP
490 43rd Street, Suite 108
Telephone: (916) 202-3018
Email: jrf@atalawgroup.com

RACHEL S. DOUGHTY, SBN 255904
GREENFIRE LAW, PC
2550 Ninth Street, Suite 204B
Berkeley, CA 94710
Telephone: (828) 424-2005
Email: rdoughty@greenfirelaw.com

<u>Attorneys for Plaintiff</u>
Friends of Outlet Creek

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
OAKLAND DIVISION

| | |
|---|---|
| FRIENDS OF OUTLET CREEK,<br><br>   Plaintiff,<br><br>vs.<br><br>GRIST CREEK AGGREGATES, LLC,<br><br>   Defendant. | Case No. 4:16-CV-00431-JSW<br><br>**PLAINTIFF'S NOTICE OF SUPPLEMENTAL AUTHORITY**<br><br>Complaint Served: February 29, 2016<br><br>(Federal Water Pollution Control Act, 33 U.S.C. § 1251 *et seq.*) |

## PLAINTIFF'S SUPPLEMENTAL AUTHORITY

As further supplemental authority we submit this pursuant to the court's Notice of Questions for Hearing and instructions therein (Dkt. 79).

*Cal. Sportfishing Prot. Alliance v. Shiloh Grp., LLC.*, 268 F. Supp. 3d 1029, 1046-1047 (N.D. Cal. 2017).

*Duarte v. Freeland* 2008 U.S. Dist. LEXIS 118852, at *10-12, 2008 WL 496490, *18-19 (N.D. Cal. February 21, 2008).

*Draper v. H. Roberts Family, LLC.*, 2009 U.S. Dist. LEXIS 132853, at *72 (N.D. Ga. Mar. 30, 2009, No. 1:06-CV-3057-CC).

*Envtl. Prot. Info. Ctr. v. Pac. Lumber Co.*, 301 F. Supp.2d 1102 (N.D. Cal. 2004).

*Envtl. Prot. Info. Ctr. v. Pac. Lumber Co.*, 430 F. Supp.2d 996, 1013 (N.D. Cal. 2006).

*Humboldt Baykeeper v. Union Pac. R.R. Co.*, 2008 U.S. Dist. LEXIS 117120, at *9 (N.D. Cal. Oct. 16, 2008, No. C 06-02560 JSW).

*Thibodeaux v. Port of Oakland*, 2018 U.S. Dist. LEXIS 172780, at *31-33 (N.D. Cal. Oct. 5, 2018, No. 18-cv-03353-KAW).

Respectfully submitted:

Dated:  October 10, 2018                     GREENFIRE LAW

                                             By:   /s/ Rachel S. Doughty
                                                   Rachel S. Doughty
                                                   Attorneys for Plaintiff

Dated:  October 10, 2018                     ATA LAW GROUP

                                             By:   /s/ Jason R. Flanders
                                                   Jason R. Flanders
                                                   Attorneys for Plaintiff

**ECF ATTESTATION**

I, Jason Flanders, hereby attest that Ms. Doughty concurs in this filing. This attestation is made pursuant to Civil Local Rule 5-1.