UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF CALIFORNIA

CIVIL MINUTE ORDER

**DATE**: **October 12, 2018**                                  Time in Court: 31 minutes

**JUDGE: JEFFREY S. WHITE**                          **Court Reporter**: **Diane Skillman**

Courtroom Deputy: Jennifer Ottolini

**CASE NO.: C-16-431   JSW**

**TITLE:  Friends of Outlet Creek v. Grist Creek Aggregates, LLC**

| **COUNSEL FOR PLAINTIFF:** | **COUNSEL FOR DEFENDANT:** |
|---|---|
| Jason Flanders<br>Rachel Doughty | Sean Hungerford |

**PROCEEDINGS:**     Motion for Summary Judgment

**RESULTS:**     The Court heard argument from counsel.
The matter is under submission.

A written ruling shall issue.