SEAN K. HUNGERFORD, SBN 200268
HARRISON, TEMBLADOR,
HUNGERFORD & JOHNSON LLP
2801 T Street
Sacramento, CA 95816
Telephone: (916) 382-4377
Email: shungerford@hthjlaw.com
*Attorneys for Defendant,*
*Grist Creek Aggregates, LLC*

# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF CALIFORNIA
# OAKLAND DIVISION

| | |
|---|---|
| FRIENDS OF OUTLET CREEK,<br><br>    Plaintiff,<br>*vs.*<br><br>GRIST CREEK AGGREGATES, LLC,<br><br>    Defendant. | Case No. 1:16-cv-00431-JSW<br><br>**NOTICE TO COURT**<br><br>Complaint Served: February 29, 2016<br><br>*(Federal Water Pollution Control Act, 33 U.S.C. §§ 1251, et seq.)* |

In its October 12, 2018 Order Requiring Statement from Parties (Docket No. 84), the Court ordered each Party to each file a notice with the Court that sets forth in no more than two sentences their position on the narrow, legal issue referenced in the Parties' prior filings with the Court concerning Plaintiff's first claim for relief. In response to the Court's Order, Defendant provides the following:

**Issue**: The narrow legal issue before the Court, as referenced in the motion to extend deadlines (Docket No. 39 at 3:6), is the threshold issue of whether the Clean Water Act required Defendant to obtain a separate Clean Water Act NPDES permit to divert storm water runoff from the California Department of Transportation's adjacent municipal ("MS4") facilities to prevent such runoff from entering Defendant's industrial facility.

Respectfully submitted,

Dated: October 22, 2018        HARRISON, TEMBLADOR, HUNGERFORD & JOHNSON, LLP


By:    /s/_____

Attorneys for Defendant
GRIST CREEK AGGREGATES, LLC