JASON R. FLANDERS, SBN 238007
ATA LAW GROUP
490 43rd Street, Suite 108
Telephone: (916) 202-3018
Email: jrf@atalawgroup.com

RACHEL S. DOUGHTY, SBN 255904
GREENFIRE LAW, PC
2550 Ninth Street, Suite 204B
Berkeley, CA 94710
Telephone: (828) 424-2005
Email: rdoughty@greenfirelaw.com

**<u>Attorneys for Plaintiff</u>**
Friends of Outlet Creek

# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA
# OAKLAND DIVISION

| | |
|---|---|
| FRIENDS OF OUTLET CREEK<br><br>Plaintiff,<br><br>vs.<br><br>GRIST CREEK AGGREGATES, LLC,<br><br>Defendants. | Case No. 4:16-CV-00431-JSW<br><br>**PLAINTIFF'S STATEMENT**<br><br>Complaint Served: February 29, 2016<br><br>(Federal Water Pollution Control Act, 33 U.S.C. § 1251 *et seq.*) |

# PLAINTIFF'S STATEMENT

Plaintiff submits the following statement pursuant to the Court's Order Requiring Statement from Parties (Dkt. 84):

Plaintiff contends, and has contended, that Defendant violates the Clean Water Act ("CWA") by "discharg[ing] one or more pollutants from a point source into a Water of the United States without CWA permit authorization." Dkt. 35 at 10:6-8 (ECF pagination)(P's & A's ISO MSJ). Defendant raised three legal defenses for summary judgment that (1) "[a] landowner does not 'discharge' pollutants within the meaning of the Clean Water Act when it allows upstream discharges to pass through its property without introducing new discharges or pollutants," (2) "Caltrans' existing permit plainly authorizes the highway discharges complained of," and/or (3) "Defendant's [Industrial General Stormwater Permit] expressly contemplates this scenario and states that Defendant is not considered responsible for offsite discharges that flow onto its property." Dkt. 51 at 7:18-23 (ECF pagination)(P's & A's Opp. MSJ).

Respectfully submitted:

Dated: October 22, 2018    GREENFIRE LAW

                           By:   /s/ Rachel S. Doughty
                                 Rachel S. Doughty
                                 Attorneys for Plaintiff

Dated: October 22, 2018    ATA LAW GROUP

                           By:   /s/ Jason R. Flanders
                                 Jason R. Flanders
                                 Attorneys for Plaintiff

**ECF ATTESTATION**

I, Jason R. Flanders, hereby attest that Ms. Doughty concurs in this filing. This attestation is made pursuant to Civil Local Rule 5-1.