SEAN K. HUNGERFORD, SBN 200268
HARRISON, TEMBLADOR,
HUNGERFORD & JOHNSON LLP
2801 T Street
Sacramento, CA 95816
Telephone: (916) 382-4377
Facsimile:  (916) 382-4380
E-mail: shungerford@hthjlaw.com

Attorneys for Defendants
GRIST CREEK AGGREGATES, LLC

# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA
# OAKLAND DIVISION

| | |
|---|---|
| FRIENDS OF OUTLET CREEK,<br><br>    Plaintiff,<br><br>vs.<br><br>GRIST CREEK AGGREGATES, LLC,<br><br>    Defendant. | Case No. 4:16-CV-00431-JSW<br><br>**STIPULATION AND [PROPOSED]**<br>**ORDER FOR CONTINUANCE OF**<br>**SETTLEMENT CONFERENCE AS**<br>**MODIFIED BY THE COURT**<br><br>Complaint Served: February 29, 2016<br><br>(Federal Water Pollution Control Act,<br>33 U.S.C. § 1251 *et seq.*) |

Plaintiff FRIENDS OF OUTLET CREEK ("Plaintiff") and Defendant GRIST CREEK AGGREGATES, LLC ("Defendant"), by and through their respective counsel, hereby stipulate and agree as follows:

WHEREAS, in its April 26, 2019 Civil Minute Order, the Court referred the parties to a settlement conference before Judge Ryu.  The Court required that the settlement conference be completed by July 26, 2019 (Docket No. 92.)

WHEREAS, the settlement conference was set with Judge Ryu for July 12, 2019, at 10:00 a.m., at the U.S. District Court, 1301 Clay Street, Oakland, California 94612 (Docket No. 94).

WHEREAS, on July 11, 2019, lead counsel for Defendant, Sean K. Hungerford, became ill and is unable to attend the settlement conference scheduled for July 12, 2019.

WHEREAS, the parties agree that Mr. Hungerford's presence at the settlement conference would be critical to reaching resolution of this matter, given his intimacy with the facts of the case and law(s) at issue.

ACCORDINGLY, the Parties stipulate as follow:

1. The Parties hereby stipulate to continue the scheduled settlement conference to one of the following dates, to be chosen at Judge Ryu's discretion:

- July 23, 2019
- July 24, 2019

IT IS SO STIPULATED.

//
//
//
//
//

1
**STIPULATION AND [PROPOSED] ORDER FOR CONTINUATION OF SETTLEMENT CONFERENCE**

| | | |
|---|---|---|
| Dated: July 11, 2019 | GREENFIRE LAW | |
| | By: | /s/ Rachel S. Doughty |
| | | Rachel S. Doughty |
| | | Attorneys for Plaintiff |
| Dated: July 11, 2019 | ATA LAW GROUP | |
| | By: | /s/ Jason R. Flanders |
| | | Jason R. Flanders |
| | | Attorneys for Plaintiff |
| Dated: July 11, 2019 | HARRISON, TEMBLADOR, HUNGERFORD & JOHNSON, LLP | |
| | By: | /s/ Sean Hungerford |
| | | Sean Hungerford |
| | | Attorneys for Defendant |

## ORDER APPROVING STIPULATION

Good cause appearing, IT IS HEREBY ORDERED that the settlement conference originally scheduled for July 12, 2019 is VACATED.  The Court is not available on the dates proposed in the stipulation.  The parties should seek relief from Judge Jeffery S. White to extend the settlement conference beyond the July 26, 2019 deadline for completion.  Magistrate Judge Ryu's courtroom deputy will email parties proposed settlement conference dates once relief has been granted.

Dated: July 11, 2019

IT IS SO ORDERED

_____
DONNA M. RYU
United States Magistrate Judge